WILLIAM L. COLLINS, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 18655.) — Judgment and order affirmed, with costs. All concur, except Thompson, J., who dissents and votes for reversal on the law and facts and for granting a new trial. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

CHASE BROTHERS COMPANY, Respondent, v. ROCHESTER NURSERIES, INC. Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

LOUIS GIBAUD, Respondent, v. MONROE WAREHOUSE Co., INC., Appellant.— Judgment affirmed, with costs. New finding of fact made. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

MARGARET T. CARPENTER, Respondent, v. THE CITY OF BUFFALO, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ. [137 Misc. 618.]

ROBERT T. HEADLEY, Respondent, v. CLEMENT FORD and Others, Doing Business under the Firm Name and Style of TUCKER, ANTHONY & COMPANY, Appellants.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

ARTHUR B. HEADLEY, Appellant, Respondent, v. CLEMENT FORD and Others, Doing Business under the Firm Name and Style of TUCKER, ANTHONY & COMPANY, Appellants, Respondents.— Judgment so far as appealed from by plaintiff reversed on the law and a new trial granted as to the second cause of action alleged in the complaint, and judgment otherwise affirmed, with costs to the plaintiff. The reversal is upon the ground that the authority of the defendants to charge to plaintiff's account the $9,007.56 deficit in the J. B. Headley special account was a question of fact, depending upon the intent of the parties, and not of law and should have been submitted to the jury. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

LEON CARD, Respondent, v. WILLIAM GORMAN, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

EDWARD LUKASZEK and Another, Respondents, v. KATARZYNA ANDRZEJEWSKI, Appellant, Impleaded with Others, Defendants.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

THE CITY OF BUFFALO, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant (Best Street).— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

DORN REALTY CORPORATION, Respondent, v. JOHN E. DEASY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

ANNA M. SHUTTLEWORTH, Respondent, v. LLOYD S. BEHRNS, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.